**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-361-1** |
| | : | |
| **v.** | : | |
| | : | |
| **MAHN HUU DOAN** | : | |

## ORDER

**NOW**, this 11th day of August, 2021, upon consideration of the defendant's Motion to Reduce or Modify Sentence (Document No. 172), the government's response, the defendant's reply, the defendant's Amended Application for Order Modifying his Sentence, the government's supplemental response, the defendant's supplemental reply and the government's second supplemental response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.