# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-361-1** |
| | : | |
| v. | : | |
| | : | |
| **MAHN HUU DOAN** | : | |
| a/k//a Bruce Doan | : | |

| | | |
|---|---|---|
| **MAHN HUU DOAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 12-7068** |

## ORDER

**NOW**, this 24th day of February, 2022, upon consideration of defendant's Demand to Abate or Vacate Void Judgment (Doc. No. 170) and after a thorough review of the record, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.