**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MAHN HUU DOAN** | : | **NO. 09-361-1** |

## ORDER

**NOW**, this 11th day of March, 2026, upon consideration of the defendant's *pro se* Motion to Stay Supervised Release Pending Appeal (Doc. No. 264) and our Order denying the motion for early termination of supervised release (Doc. No. 261), it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.